UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: KIM RICHARDSON  Debtor(s) | Case No. 10-34456 |
|---|---|

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/31/2010.

2) The plan was confirmed on 10/20/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/20/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/26/2012, 10/18/2012.

5) The case was dismissed on 01/02/2013.

6) Number of months from filing to last payment: 25.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $22,205.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $18,626.41 |
| Less amount refunded to debtor | $66.19 |

**NET RECEIPTS:** $18,560.22

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,369.65 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $988.34 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,357.99

Attorney fees paid and disclosed by debtor:   $1,130.35

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICA S FINANCIAL CHOICE | Unsecured | 620.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 619.00 | 619.57 | 619.57 | 18.63 | 0.00 |
| ASPIRE | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| AT & T WIRELESS | Unsecured | 869.00 | NA | NA | 0.00 | 0.00 |
| CHASE HOME FINANCE LLC | Secured | 94,401.00 | 90,586.77 | NA | 0.00 | 0.00 |
| CHASE HOME FINANCE LLC | Secured | NA | 21,740.24 | NA | 0.00 | 0.00 |
| CITIZENS BANK | Unsecured | 1,116.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 4,573.00 | 6,077.44 | 6,077.44 | 182.66 | 0.00 |
| CONSUMER FINANCE | Unsecured | 1,705.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER FINANCE | Secured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 369.00 | NA | NA | 0.00 | 0.00 |
| DRIVE FINANCIAL SERVICES | Unsecured | 6,598.00 | 0.00 | 2,605.83 | 78.33 | 0.00 |
| DRIVE FINANCIAL SERVICES | Secured | 5,705.00 | 16,041.83 | 13,436.00 | 13,436.00 | 525.18 |
| ENTERPRISE | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| FIRST CASH | Unsecured | 192.00 | NA | NA | 0.00 | 0.00 |
| FIRST REVENUE ASSURANCE | Unsecured | 446.00 | NA | NA | 0.00 | 0.00 |
| FORD CITY MALL | Unsecured | 5,647.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL PAYMENTS INC | Unsecured | 625.00 | 625.00 | 625.00 | 18.78 | 0.00 |
| ISAC | Unsecured | 22,012.00 | 28,004.77 | 28,004.77 | 841.73 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 721.00 | 721.20 | 721.20 | 15.35 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 430.00 | 430.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 95.00 | 95.33 | 95.33 | 0.00 | 0.00 |
| MASSEYS | Unsecured | 231.00 | NA | NA | 0.00 | 0.00 |
| MCI | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| MCM DEPT 12421 | Unsecured | 564.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 250.00 | 1,000.00 | 1,000.00 | 21.29 | 0.00 |
| MITCHELL N KAY | Unsecured | 523.00 | NA | NA | 0.00 | 0.00 |
| NCO PORTFOLIO MGMT | Unsecured | 446.00 | 446.42 | 446.42 | 0.00 | 0.00 |
| NDC CHECK SERVICES | Unsecured | 625.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,104.00 | 1,178.13 | 1,178.13 | 25.08 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

Case 10-34456   Doc 50   Filed 04/25/13   Entered 04/25/13 08:59:13   Desc Main
Document      Page 3 of 4

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PAYDAY LOAN STORE OF IL INC | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 523.00 | 523.61 | 523.61 | 15.74 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Unsecured | 2,712.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Secured | 2,185.00 | 3,612.81 | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Unsecured | 4,754.00 | NA | NA | 0.00 | 0.00 |
| SAGE TELECOM INC | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 22,012.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 2,000.00 | 1,101.60 | 1,101.60 | 23.46 | 0.00 |
| VILLAGE OF CALUMET PARK | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF EVERGREEN PARK | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| WFNNB | Unsecured | 544.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $13,436.00 | $13,436.00 | $525.18 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$13,436.00** | **$13,436.00** | **$525.18** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$43,428.90** | **$1,241.05** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,357.99 |
| Disbursements to Creditors | $15,202.23 |
| **TOTAL DISBURSEMENTS:** | **$18,560.22** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/25/2013                                     By:/s/ Tom Vaughn
                                                                                                       Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**